IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARROL J. DRISKELL*,  )<br>                      )<br>    Plaintiff,       )<br>                      )<br>    v.                )<br>                      )<br>MARLON T. BRANTLEY, C.O.,  )<br>et al.,               )<br>                      )<br>    Defendants.       ) | CIVIL ACTION NO.<br>2:26cv220-MHT<br>(WO) |

ORDER

Upon consideration of plaintiff's motion for a temporary restraining order (Doc. 34), it ORDERED that the motion is denied.

Plaintiff's motion for a preliminary injunction (Doc. 34) remains pending for consideration by the United States Magistrate Judge.

DONE, this the 6th day of August, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

---

* Plaintiff's name has been spelled differently at different times in this case. The court has seen plaintiff's first name spelled as both "Carrol" and Carroll." The court has also seen two different spellings of plaintiff's last name: "Driskell" and "Driskill." The court is unsure which is correct. The court leaves this issue for the magistrate judge.